### KAHN v. LESSER et al.

*(City Court of New York, General Term. October 22, 1891.)*

ACTION ON FOREIGN JUDGMENT—JURISDICTION—QUESTION FOR JURY.
    In an action on a foreign judgment defendant alleged that the foreign court was without jurisdiction to render the judgment in question by reason of an unauthorized appearance for defendant on the part of certain attorneys. *Held*, that whethe

defendant had or had not authorized such appearance was a question for the jury, and, they having discredited defendant's testimony, their verdict would not be disturbed.

Appeal from trial term.

Action by Pauline Kahn, plaintiff, against Joseph S. Lesser and others, defendants, on a judgment recovered against defendants in the state of Wisconsin. The defense was that the Wisconsin court had no jurisdiction to render such judgment against defendants, who were non-residents, because of an unauthorized appearance for defendants in that court by persons who were not their attorneys. From a judgment for plaintiff defendant Lesser appeals.

Argued before EHRLICH, C. J., and VAN WYCK and NEWBURGHER, JJ.

*H. Joseph,* for appellant. *Paul Jones,* for respondent.

EHRLICH, C. J. The record shows that the Wisconsin court had jurisdiction of the subject-matter of the action pending therein, and acquired jurisdiction of the defendants, after publication, by their voluntary appearance. Presumptively the attorneys who appeared for the defendants had authority so to do; and whether they had or not was a question for the jury, and they found for the plaintiff. The jury evidently disbelieved the defendants. No error having been committed at the trial, and the case having been submitted to the jury as fully as the defendants requested the submission of the same, it follows that the judgment entered on their verdict must be affirmed, with costs. All concur.